IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BBC STUDIOS DISTRIBUTION LTD, <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," <br><br> Defendants. | Case No. 22-cv-02784 <br><br> **Judge Sara L. Ellis** <br><br> **Magistrate Judge Maria Valdez** |

**PRELIMINARY INJUNCTION ORDER AS TO CERTAIN DEFENDANTS**

Plaintiff BBC Studios Distribution Ltd. ("Plaintiff") filed a Motion for Entry of a Preliminary Injunction as to certain Defendants against the fully interactive, e-commerce stores[1] operating under the seller aliases identified in Schedule A to the Complaint and attached hereto (collectively, "Defendants") and using at least the online marketplace accounts identified in Schedule A (the "Online Marketplaces"). After reviewing the Motion and the accompanying record, this Court GRANTS Plaintiff's Motion in part as follows.

This Court finds Plaintiff has provided notice to Defendants in accordance with the Temporary Restraining Order entered June 6, 2022, [21] ("TRO"), and Federal Rule of Civil Procedure 65(a)(1).

This Court also finds, in the absence of adversarial presentation, that it has personal jurisdiction over Defendants because Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Plaintiff has provided a basis to conclude that Defendants have targeted sales to Illinois residents by setting up and operating

---

[1] The e-commerce store urls are listed on Schedule A hereto under the Online Marketplaces.

e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products bearing unauthorized copies of the Bluey Copyrighted Design (U.S. Copyright Registration No. PA 2-308-864) and/or using infringing and counterfeit versions of Plaintiff's federally registered trademarks (the "BLUEY Trademarks") to residents of Illinois. In this case, Plaintiff has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the BLUEY Trademarks. *See* Docket No. [15], which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing unauthorized copies of the Bluey Copyrighted Design and/or counterfeit versions of the BLUEY Trademarks.

This Court also finds that the injunctive relief previously granted in the TRO should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of Plaintiff's previously granted Motion for Entry of a TRO establishes that Plaintiff has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that Plaintiff will suffer irreparable harm if the injunction is not granted. A list of the BLUEY Trademarks is included in the below chart.

| Registration Number | Trademark | Goods and Services |
|---|---|---|
| 6,442,598 | BLUEY | For: Toys, namely, dolls, plush toys, soft sculpture toys in the shape of animals and imaginary animals, bath toys, action figures, vehicles, and playsets therefor; toy model cars, play balls; playing cards; plastic toys, |

| | | |
|---|---|---|
| | | namely, plastic scale models sold in kit form; toys; developmental toys, namely, infant developmental toys which develop children's fine motor skills and cognitive skills; wheeled toys, namely, toy cars and ride-on toys; toy scooters in class 28. |
| 6,662,122 | BLUEY | For: Non medicated toiletry preparations; non-medicated skin care preparations; cosmetics; non-medicated liquid and bar soaps; shampoos; talcum powder; preparations for use in the bath or shower, namely, bubble bath, bath foam, bath salts, bath oil, shower and hair gel; cosmetic preparations for cleaning the teeth; perfumes; eau de cologne; deodorants for personal use; essential oils in class 3.<br><br>For: Baby diapers; disinfecting wipes; adhesive bandages; food for babies; powdered milk for babies in class 5.<br><br>For: Downloadable data recordings, namely, audio, video, still and moving images and text featuring or relating to an animated character and story for children; downloadable educational and computer game software and mobile apps for children for the purpose of children's entertainment relating to an animated character and story for children; downloadable electronic publications namely books, magazines, e-zines featuring or relating to an animated character and story for children; baby monitors; baby scales in class 9.<br><br>For: Jewelry; jewelry boxes; works of art of precious metal; clocks; watches; key chains in class 14.<br><br>For: Printed publications, namely, magazines and books featuring or |

| | | relating to an animated character and story for children; photographs; stationery; paint brushes; posters; postcards; greetings cards; collectable trading cards; printed invitations; diaries; calendars; photograph albums; scrap books; prints; gift bags; gift boxes, gift tags; gift wrap; writing instruments; stickers and transfers; ink stamps; personal organizers; address books; note books; pen and pencil holders; desk mats; paper table mats; folders; paper and cardboard coasters; crayons; sewing and knitting patterns; paper bunting; paper patterns for embroidery; paint trays; canvas for painting; palettes for painters; molds for modelling clays in class 16.<br><br>For: Furniture; mirrors; furniture fittings, not of metal; high chairs for babies; infant walkers; chests for toys; picture frames; figurines of wood, wax, plaster and plastic; baby changing mats; mats for infant playpens; sleeping mats in class 20.<br><br>For: Household and kitchen utensils, namely, ladles, spatulas and mixing spoons, kitchen tongs, camping grills, utensils for barbecues, namely, forks, tongs; containers for household use; combs; brushes; cleaning sponges; glassware; mugs; dishes; holiday ornaments, statuettes and figurines of ceramic, china, crystal, glass, earthenware, terra cotta and porcelain; bottles sold empty, insulated bottles and flasks sold empty; glass jars; egg cups; lunch boxes; plastic and leather coasters; serving trays; candlesticks; napkin rings and holders; soap boxes; tooth brushes; boxes of common metal for household use; paper plates and cups in class 21. |
|---|---|---|

|  |  | For: Non-alcoholic beverages, namely, fruit beverages, fruit juices, carbonated beverages, and water; smoothies; syrups for beverages in class 32.<br><br>For: Television and radio broadcasting; broadcasting and streaming of video and audio programming via the Internet; transmission, broadcast, and dissemination of audio, video, still and moving images, information, text and data whether in real or delayed time; the provision of online message transmission discussion forums; webcasting and podcasting; communication services, namely, providing electronic transmission of information stored in a database via interactively communicating computer systems in class 38.<br><br>Provision of ongoing television programs and radio programs in the field of children's entertainment; educational services, namely, providing courses of instruction for children in the nature of early childhood instruction; providing information in the field of entertainment and education on-line from a computer database or the Internet, namely information related to children's entertainment relating to an animated character and story for children; providing a website featuring blogs and non-downloadable electronic publications in the nature of books, magazines, and articles featuring children's entertainment; organization, production and presentation of sports competitions, sports games, concerts, exhibitions, game shows, quiz shows, theatrical performances, and live performances featuring or relating to children's entertainment in class 41. |
|---|---|---|

Specifically, Plaintiff has proved a *prima facie* case of trademark infringement because (1) the BLUEY Trademarks are distinctive marks and are registered with the U.S. Patent and Trademark Office on the Principal Register, (2) Defendants are not licensed or authorized to use any of the BLUEY Trademarks, and (3) Defendants' use of the BLUEY Trademarks is causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with Plaintiff. Furthermore, Defendants' continued and unauthorized use of the BLUEY Trademarks and copying of the Bluey Copyrighted Design irreparably harms Plaintiff through diminished goodwill and brand confidence, damage to Plaintiff's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, Plaintiff has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. Accordingly, this Court orders that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be preliminarily enjoined and restrained from:
   a. using the BLUEY Trademarks or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Bluey product or not authorized by Plaintiff to be sold in connection with the BLUEY Trademarks;
   b. reproducing, distributing copies of, making derivative works of, or publicly displaying the Bluey Copyrighted Design in any manner without the express authorization of Plaintiff;

c. passing off, inducing, or enabling others to sell or pass off any product as a genuine Bluey product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under the BLUEY Trademarks;

d. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff; and

e. further infringing the BLUEY Trademarks and/or the Bluey Copyrighted Design and damaging Plaintiff's goodwill; and

f. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of Plaintiff's trademarks, including the BLUEY Trademarks, or any reproductions, counterfeit copies, or colorable imitations thereof and/or which bear the Bluey Copyrighted Design.

2. Defendants shall not transfer or dispose of any money or other of Defendants' assets in any of Defendants' financial accounts.

3. Upon Plaintiff's request, Defendants and any third party with actual notice of this Order who is providing services for any of Defendants, or in connection with any of Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc. ("eBay"), AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc. ("Amazon"), ContextLogic Inc. d/b/a Wish.com ("Wish.com"), Walmart, Inc. ("Walmart"), Etsy, Inc. ("Etsy"), and DHgate

(collectively, the "Third Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to Plaintiff expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Online Marketplaces; and

c. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Inc. ("PayPal"), eBay, Alipay, Wish.com, Alibaba, Ant Financial Services Group ("Ant Financial"), Amazon Pay, Walmart, Etsy, DHgate, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

4. Upon Plaintiff's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 3, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with

8

        Defendants in connection with the sale of counterfeit and infringing goods using the BLUEY Trademarks.

5. Any Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, Etsy, DHgate, and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order:

   a. locate all accounts and funds connected to Defendants' seller aliases, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 3 to the Declaration of Diane Hamer, and any e-mail addresses provided for Defendants by third parties; and

   b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further order by this Court.

6. Plaintiff may provide notice of the proceedings in this case to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Pleadings, this Order, and other relevant documents on a website and by sending an e-mail with a link to said website to the e-mail addresses identified in Exhibit 3 to the Declaration of Diane Hamer and any e-mail addresses provided for Defendants by third parties. The Clerk of the Court is directed to issue a single original summons in the name of "The Partnerships and all other Defendants identified in the Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice

reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

7. Schedule A to the Complaint [2], Exhibit 3 to the Declaration of Diane Hamer [15], and the TRO [21] are unsealed.

8. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and the Northern District of Illinois Local Rules. Any third party impacted by this Order may move for appropriate relief.

9. The $10,000 bond posted by Plaintiff shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

SO ORDERED:

_____
Sara L. Ellis
United States District Judge

Dated: July 5, 2022

**BBC Studios Distribution Ltd v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 22-cv-2784**

# Schedule A

| | Defendant Online Marketplaces | |
|---|---|---|
| No | URL | Name / Seller Alias |
| 1 | EXCEPTED | EXCEPTED |
| 2 | EXCEPTED | EXCEPTED |
| 3 | EXCEPTED | EXCEPTED |
| 4 | EXCEPTED | EXCEPTED |
| 5 | EXCEPTED | EXCEPTED |
| 6 | EXCEPTED | EXCEPTED |
| 7 | EXCEPTED | EXCEPTED |
| 8 | EXCEPTED | EXCEPTED |
| 9 | EXCEPTED | EXCEPTED |
| 10 | EXCEPTED | EXCEPTED |
| 11 | EXCEPTED | EXCEPTED |
| 12 | EXCEPTED | EXCEPTED |
| 13 | EXCEPTED | EXCEPTED |
| 14 | EXCEPTED | EXCEPTED |
| 15 | EXCEPTED | EXCEPTED |
| 16 | EXCEPTED | EXCEPTED |
| 17 | EXCEPTED | EXCEPTED |
| 18 | EXCEPTED | EXCEPTED |
| 19 | EXCEPTED | EXCEPTED |
| 20 | EXCEPTED | EXCEPTED |
| 21 | EXCEPTED | EXCEPTED |
| 22 | EXCEPTED | EXCEPTED |
| 23 | EXCEPTED | EXCEPTED |
| 24 | EXCEPTED | EXCEPTED |
| 25 | EXCEPTED | EXCEPTED |
| 26 | EXCEPTED | EXCEPTED |
| 27 | EXCEPTED | EXCEPTED |
| 28 | EXCEPTED | EXCEPTED |
| 29 | EXCEPTED | EXCEPTED |
| 30 | EXCEPTED | EXCEPTED |
| 31 | EXCEPTED | EXCEPTED |
| 32 | EXCEPTED | EXCEPTED |
| 33 | EXCEPTED | EXCEPTED |

| | | |
|---|---|---|
| 34 | EXCEPTED | EXCEPTED |
| 35 | EXCEPTED | EXCEPTED |
| 36 | EXCEPTED | EXCEPTED |
| 37 | EXCEPTED | EXCEPTED |
| 38 | EXCEPTED | EXCEPTED |
| 39 | EXCEPTED | EXCEPTED |
| 40 | EXCEPTED | EXCEPTED |
| 41 | EXCEPTED | EXCEPTED |
| 42 | EXCEPTED | EXCEPTED |
| 43 | EXCEPTED | EXCEPTED |
| 44 | EXCEPTED | EXCEPTED |
| 45 | EXCEPTED | EXCEPTED |
| 46 | EXCEPTED | EXCEPTED |
| 47 | EXCEPTED | EXCEPTED |
| 48 | EXCEPTED | EXCEPTED |
| 49 | EXCEPTED | EXCEPTED |
| 50 | EXCEPTED | EXCEPTED |
| 51 | EXCEPTED | EXCEPTED |
| 52 | EXCEPTED | EXCEPTED |
| 53 | EXCEPTED | EXCEPTED |
| 54 | EXCEPTED | EXCEPTED |
| 55 | EXCEPTED | EXCEPTED |
| 56 | EXCEPTED | EXCEPTED |
| 57 | EXCEPTED | EXCEPTED |
| 58 | EXCEPTED | EXCEPTED |
| 59 | EXCEPTED | EXCEPTED |
| 60 | EXCEPTED | EXCEPTED |
| 61 | EXCEPTED | EXCEPTED |
| 62 | EXCEPTED | EXCEPTED |
| 63 | amazon.com/sp?seller=A297HJS3BLAD09 | A song US |
| 64 | amazon.com/sp?seller=A1TYE5U3P4TLZS | A1TYE5U3P4TLZS |
| 65 | amazon.com/sp?seller=A26KYRHZULEBH7 | A26KYRHZULEBH7 |
| 66 | amazon.com/sp?seller=A2HKRSUTHLI01K | A2HKRSUTHLI01K |
| 67 | amazon.com/sp?seller=A2NMV478SMX9I7 | A2NMV478SMX9I7 |
| 68 | amazon.com/sp?seller=A2XY5MX3853EUC | A2XY5MX3853EUC |
| 69 | amazon.com/sp?seller=A3IXR49KZ0L6P6 | A3IXR49KZ0L6P6 |
| 70 | amazon.com/sp?seller=A3TU3LWBJGMWM4 | A3TU3LWBJGMWM4 |
| 71 | amazon.com/sp?seller=AVLQ8Q5GKX0G4 | baihuifufuzhuangyouxiangongsi |
| 72 | amazon.com/sp?seller=A25T59UL4ZQOLR | BBoS-KAWS |
| 73 | amazon.com/sp?seller=A2C4QV51KCW7IU | Be finer |
| 74 | amazon.com/sp?seller=A2WJZ9VPSZD12O | ClarenceWillis |

| | | |
|---|---|---|
| 75 | amazon.com/sp?seller=A8NJ9XAOONOKI | Dao-DXing |
| 76 | amazon.com/sp?seller=ALQ6I8ZLOP4ET | dayuanjiemi |
| 77 | amazon.com/sp?seller=A20XSFGSMGZOJI | duxueqiang1 |
| 78 | amazon.com/sp?seller=AX3UB5RHAVQD1 | Enslet |
| 79 | amazon.com/sp?seller=A1UGVU5QK70WZR | EXSHOPPING |
| 80 | amazon.com/sp?seller=A1VEZUGF79LYSE | fjhiaws |
| 81 | amazon.com/sp?seller=A30YLZCLOS38TR | FYJGHUG |
| 82 | amazon.com/sp?seller=A38MHNQ0QMWM31 | Happy.Y |
| 83 | amazon.com/sp?seller=A31XEES3NLMV2G | harmonyfamily |
| 84 | amazon.com/sp?seller=A2T369E8LS5JKL | HE FEI MU CUAN SHANG MAO YOU XIAN GONG SI |
| 85 | amazon.com/sp?seller=A38T1HAZNAV6MU | HeFeiShaoSuoDianZiShangWuYo |
| 86 | amazon.com/sp?seller=A1FWAJTQ8VZ8VX | helinzhuanmaindian |
| 87 | amazon.com/sp?seller=A2RFQVZ67UMVU | Helsan |
| 88 | amazon.com/sp?seller=A2C64ME2Q4P72D | hnxxsyyxgs |
| 89 | amazon.com/sp?seller=A2ZBIFWQY7J4ZZ | House Of Retail |
| 90 | amazon.com/sp?seller=A1MMVHK73KK1AW | HUAILESHUIMENG |
| 91 | amazon.com/sp?seller=A33X3TKAILKLQ | Iruka |
| 92 | amazon.com/sp?seller=A11XB5ZKCSN8NA | JIALU |
| 93 | amazon.com/sp?seller=A2304HVH89QUR7 | Jieyun Department Store |
| 94 | amazon.com/sp?seller=A2GX7C3NNFI29Q | joshparty us |
| 95 | amazon.com/sp?seller=A2PF1OBK48V8R7 | Joshuagleman |
| 96 | amazon.com/sp?seller=AW0VNPCQLLXDX | kajiangdianzi |
| 97 | amazon.com/sp?seller=A211PNJI6RS7KH | kaochungou3454 |
| 98 | amazon.com/sp?seller=A3NAZ3BOCURLNM | kunmingyuchenshangmaoyouxiangongsi |
| 99 | amazon.com/sp?seller=A2IIWB4T3WSCBO | LcxZumfoo US |
| 100 | amazon.com/sp?seller=A3R4VTLW4Z34W1 | lishaoweii |
| 101 | amazon.com/sp?seller=A2DUAKH8DUN3MD | liushaohuii |
| 102 | amazon.com/sp?seller=A1MT1R95CG71LE | luojunfan641 |
| 103 | amazon.com/sp?seller=A5A9ZIB7YAX3Y | Party-Coco |
| 104 | amazon.com/sp?seller=ATR6VGXZVHN19 | PatriciaLyons |
| 105 | amazon.com/sp?seller=A3O7A6OA3HPFZS | Pengbokuajing |
| 106 | amazon.com/sp?seller=A2IEZQKIQUU97R | pigpig go |
| 107 | amazon.com/sp?seller=AL1R3GNCX3GP0 | Pitch Trader |
| 108 | amazon.com/sp?seller=AI1OK858R42NW | Salwar store |
| 109 | amazon.com/sp?seller=A2EF1SCORY2R0X | sccdllhsmyxgs |
| 110 | amazon.com/sp?seller=A3UOXKRHXGZE8Q | shenzhenshilonggangqupinhuxinjiehongwujindian |
| 111 | amazon.com/sp?seller=A32AK4NG2H85OE | SHUIBOKEJI |
| 112 | amazon.com/sp?seller=A2XUO05FHT9A1X | SILIANG |
| 113 | amazon.com/sp?seller=A1BC2G4TYHRUOO | Star Tong |

| | | |
|---|---|---|
| 114 | amazon.com/sp?seller=A2U6AWWK774GMW | Sunnyun |
| 115 | amazon.com/sp?seller=A10T7Y4IPXNF0Z | tenglan US |
| 116 | amazon.com/sp?seller=AIFNVTTX60Q1A | TOP2000 |
| 117 | amazon.com/sp?seller=A2XTW4WQWG5P5P | UNENOW |
| 118 | amazon.com/sp?seller=AA2GY9EZ6FHGF | vf54redgg63gg |
| 119 | amazon.com/sp?seller=A2B5XXWW99LHVY | weiqianqiandebeimeidianpu |
| 120 | amazon.com/sp?seller=A3NXV4YTMMCFA0 | wepingjiangbaihuodian |
| 121 | amazon.com/sp?seller=A27KKRGHEPBRXP | wujiaxin435643 |
| 122 | amazon.com/sp?seller=A2G9DYHHE7Z5LZ | Xiaomin US Store |
| 123 | amazon.com/sp?seller=A3NPUR6GU8MJ77 | XU8888 |
| 124 | amazon.com/sp?seller=AFAAVYIK4I0CT | YiChengXianWenWenWangLuoXiaoShouYouXianGongSi |
| 125 | amazon.com/sp?seller=A1XX38CVWDBDA2 | YIXin Store |
| 126 | amazon.com/sp?seller=A3PB7708PMS89B | YJ-Tech |
| 127 | amazon.com/sp?seller=A1MDK81DF87WL4 | yong ding qu yue lun xu bai huo dian |
| 128 | amazon.com/sp?seller=A3F9JD4VP53XDB | YUEFENG STORE |
| 129 | amazon.com/sp?seller=A2B60CX7HSSIBS | Yunying Shop |
| 130 | amazon.com/sp?seller=A4JB0U97NF6AB | zhangxidong |
| 131 | amazon.com/sp?seller=ALIR6IZI4W8C3 | zhangxin668 |
| 132 | amazon.com/sp?seller=AAO5JA4Z0TZ6D | zhanyun liang1 |
| 133 | amazon.com/sp?seller=A2NI21AK2GWOR2 | zhazhamak |
| 134 | amazon.com/sp?seller=AC1VNZS1BTFXI | zhuozhou01 |
| 135 | amazon.com/sp?seller=ALQDZ6A85RE79 | ZWF-WWW |
| 136 | ebay.com/usr/nicemil | nicemil |
| 137 | walmart.com/seller/101044622 | Agotrademall |
| 138 | walmart.com/seller/101132408 | JIU-YI |
| 139 | walmart.com/seller/101113470 | LANMOK |
| 140 | walmart.com/seller/101131871 | qishuashua |
| 141 | walmart.com/seller/101130708 | Shenzhen shi wei ling ke ji you xian gong si |
| 142 | walmart.com/seller/101111551 | Shenzhen Yelang E-Commerce Co., Ltd. |
| 143 | walmart.com/seller/101130172 | Shenzhenshihuilixingdianzishangwuyouxiangongsi |
| 144 | walmart.com/seller/101130929 | Squarebey |
| 145 | walmart.com/seller/101130170 | Thriving Trade |
| 146 | wish.com/merchant/6017bc43e49c14da7298898b | baiyuxi1493 |
| 147 | wish.com/merchant/5e87f27ceb5454fe95c04271 | George Wagner |
| 148 | wish.com/merchant/5fb749e4d59d5b3c227ef8a8 | kmsathtim |

| | | |
|---|---|---|
| 149 | wish.com/merchant/5fe6cbc3a48b42ba9b621743 | licuicui5203 |
| 150 | wish.com/merchant/5ffe749738433f3addb19ef6 | linan14736928 |
| 151 | wish.com/merchant/5e8730ea1f848a5d7b8a7540 | Lucille Ritter |
| 152 | wish.com/merchant/61333a43dee77f208aa7557f | qiulin2959 |
| 153 | wish.com/merchant/5a2635340ec30f1c932aea19 | Siyujia |
| 154 | wish.com/merchant/5e89579fa7d64950c0dc056c | Willie Williams |
| 155 | wish.com/merchant/60a09d4a49ed2e47e50a0018 | yaojiaxiang24930 |
| 156 | wish.com/merchant/5ffbb8f4233e6f0eb01d3fd3 | zhangbaishuai5018 |
| 157 | wish.com/merchant/60a4b1210a4e9d00451220ad | zhangliangwei00906 |
| 158 | wish.com/merchant/609e349c49ed2e7d9509f74e | zhudebao7681 |