IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BBC STUDIOS DISTRIBUTION LTD,<br><br>                Plaintiff,<br><br>    v.<br><br>DONGGUAN EVEREST TECHNOLOGY CO., LTD., et al.,<br><br>                Defendants. | Case No. 22-cv-02784<br><br>**Judge Sara L. Ellis**<br><br>**Magistrate Judge Maria Valdez** |

**DEFAULT JUDGMENT ORDER**

        This action having been commenced by Plaintiff BBC Studios Distribution Ltd ("Plaintiff" or "Bluey") against the defendants identified on Schedule A, and using the Online Marketplace Accounts identified on Schedule A (collectively, the "Online Marketplaces"), and Plaintiff having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto which have not yet been dismissed from this case, with the exception of defendants Squarebey and Thriving Trade, (collectively, "Defaulting Defendants");

        This Court having entered a preliminary injunction; Plaintiff having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Plaintiff has provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products bearing unauthorized copies of the Bluey Copyrighted Design (U.S. Copyright Registration No. PA 2-308-864) and/or using infringing and counterfeit versions of Plaintiff's federally registered trademarks (the "BLUEY Trademarks") to residents of Illinois. In this case, Plaintiff has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the BLUEY Trademarks. *See* Docket No. [15], which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing unauthorized copies of the Bluey Copyrighted Design and/or counterfeit versions of the BLUEY Trademarks.

A list of the BLUEY Trademarks is included in the below chart.

| Registration Number | Trademark | Goods and Services |
|---|---|---|

| | | |
|---|---|---|
| 6,442,598 | BLUEY | For: Toys, namely, dolls, plush toys, soft sculpture toys in the shape of animals and imaginary animals, bath toys, action figures, vehicles, and playsets therefor; toy model cars, play balls; playing cards; plastic toys, namely, plastic scale models sold in kit form; toys; developmental toys, namely, infant developmental toys which develop children's fine motor skills and cognitive skills; wheeled toys, namely, toy cars and ride-on toys; toy scooters in class 28. |
| 6,662,122 | BLUEY | For: Non medicated toiletry preparations; non-medicated skin care preparations; cosmetics; non-medicated liquid and bar soaps; shampoos; talcum powder; preparations for use in the bath or shower, namely, bubble bath, bath foam, bath salts, bath oil, shower and hair gel; cosmetic preparations for cleaning the teeth; perfumes; eau de cologne; deodorants for personal use; essential oils in class 3.<br><br>For: Baby diapers; disinfecting wipes; adhesive bandages; food for babies; powdered milk for babies in class 5.<br><br>For: Downloadable data recordings, namely, audio, video, still and moving images and text featuring or relating to an animated character and story for children; downloadable educational and computer game software and mobile apps for children for the purpose of children's entertainment relating to an animated character and story for children; downloadable electronic publications namely books, magazines, e-zines featuring or relating to an animated character and story for children; baby monitors; baby scales in class 9. |

3

| | | |
|---|---|---|
| | | For: Jewelry; jewelry boxes; works of art of precious metal; clocks; watches; key chains in class 14.<br><br>For: Printed publications, namely, magazines and books featuring or relating to an animated character and story for children; photographs; stationery; paint brushes; posters; postcards; greetings cards; collectable trading cards; printed invitations; diaries; calendars; photograph albums; scrap books; prints; gift bags; gift boxes, gift tags; gift wrap; writing instruments; stickers and transfers; ink stamps; personal organizers; address books; note books; pen and pencil holders; desk mats; paper table mats; folders; paper and cardboard coasters; crayons; sewing and knitting patterns; paper bunting; paper patterns for embroidery; paint trays; canvas for painting; palettes for painters; molds for modelling clays in class 16.<br><br>For: Furniture; mirrors; furniture fittings, not of metal; high chairs for babies; infant walkers; chests for toys; picture frames; figurines of wood, wax, plaster and plastic; baby changing mats; mats for infant playpens; sleeping mats in class 20.<br><br>For: Household and kitchen utensils, namely, ladles, spatulas and mixing spoons, kitchen tongs, camping grills, utensils for barbecues, namely, forks, tongs; containers for household use; combs; brushes; cleaning sponges; glassware; mugs; dishes; holiday ornaments, statuettes and figurines of ceramic, china, crystal, glass, earthenware, terra cotta and porcelain; bottles sold empty, insulated bottles and flasks sold empty; glass jars; egg cups; lunch boxes; plastic and leather |

4

|  |  | coasters; serving trays; candlesticks; napkin rings and holders; soap boxes; tooth brushes; boxes of common metal for household use; paper plates and cups in class 21.<br><br>For: Non-alcoholic beverages, namely, fruit beverages, fruit juices, carbonated beverages, and water; smoothies; syrups for beverages in class 32.<br><br>For: Television and radio broadcasting; broadcasting and streaming of video and audio programming via the Internet; transmission, broadcast, and dissemination of audio, video, still and moving images, information, text and data whether in real or delayed time; the provision of online message transmission discussion forums; webcasting and podcasting; communication services, namely, providing electronic transmission of information stored in a database via interactively communicating computer systems in class 38.<br><br>Provision of ongoing television programs and radio programs in the field of children's entertainment; educational services, namely, providing courses of instruction for children in the nature of early childhood instruction; providing information in the field of entertainment and education on-line from a computer database or the Internet, namely information related to children's entertainment relating to an animated character and story for children; providing a website featuring blogs and non-downloadable electronic publications in the nature of books, magazines, and articles featuring children's entertainment; organization, production and presentation of sports competitions, sports games, concerts, |

|  |  | exhibitions, game shows, quiz shows, theatrical performances, and live performances featuring or relating to children's entertainment in class 41. |
|--|--|--|

This Court further finds that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), and copyright infringement (17 U.S.C. §§ 106 and 501, *et seq*.).

Accordingly, this Court orders that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a. using the BLUEY Trademarks or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Bluey product or not authorized by Plaintiff to be sold in connection with the BLUEY Trademarks;

    b. reproducing, distributing copies of, making derivative works of, or publicly displaying the Bluey Copyrighted Design in any manner without the express authorization of Plaintiff;

    c. passing off, inducing, or enabling others to sell or pass off any product as a genuine Bluey product or any other product produced by Plaintiff, that is not Plaintiff's or not

6

        produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under the BLUEY Trademarks;

    d. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff; and

    e. further infringing the BLUEY Trademarks and/or the Bluey Copyrighted Design and damaging Plaintiff's goodwill; and

    f. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of Plaintiff's trademarks, including the BLUEY Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof and/or which bear the Bluey Copyrighted Design.

2. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc., AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, ContextLogic, Inc. d/b/a Wish.com ("Wish.com"), Walmart, Inc. ("Walmart"), Etsy, Inc. ("Etsy"), and DHgate (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

    a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could

continue to sell counterfeit and infringing goods using the BLUEY Trademarks; and

b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the BLUEY Trademarks or any reproductions, counterfeit copies or colorable imitations thereof that is not a genuine Bluey product or not authorized by Plaintiff to be sold in connection with the BLUEY Trademarks.

3. Upon Plaintiff's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 2, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the BLUEY Trademarks.

4. Pursuant to 15 U.S.C. § 1117(c)(2), Plaintiff is awarded statutory damages from each of the Defaulting Defendants in the amount of one hundred thousand dollars ($100,000) for willful use of counterfeit BLUEY Trademarks in connection with the sale of products sold through at least the Defaulting Defendants' Online Marketplaces.

5. Pursuant to 17 U.S.C. § 504(c)(2), Plaintiff is awarded statutory damages from each of the Defaulting Defendants in the amount of one hundred thousand dollars ($100,000) for willful copyright infringement of the Bluey Copyrighted Design.

6. Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, Inc. ("PayPal"), eBay, Alipay, Alibaba, Wish.com, Ant Financial Services Group ("Ant Financial"), and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the

Online Marketplace from transferring or disposing of any funds (up to the statutory damages awarded in Paragraphs 4-5 above) or other of Defaulting Defendants' assets.

7. All monies (up to the amount of the statutory damages awarded in Paragraphs 4-5 above) in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, eBay, Alipay, Alibaba, Wish.com, Ant Financial, and Amazon Pay, are hereby released to Plaintiff as partial payment of the above-identified damages, and Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Wish.com, Ant Financial, and Amazon Pay, are ordered to release to Plaintiff the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

8. Until Plaintiff has recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiff shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

9. In the event that Plaintiff identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 3 to the Declaration of Diane Hamer and any e-mail addresses provided for Defaulting Defendants by third parties.

10. The ten thousand dollar ($10,000) surety bond posted by BBC Studios Distribution Ltd. is hereby released to Plaintiff or its counsel, Greer Burns & Crain Ltd. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Plaintiff or its counsel.

This is a Default Judgment.

Dated: August 5, 2022

Sara L. Ellis
United States District Judge

BBC Studios Distribution Ltd v. DONGGUAN EVEREST TECHNOLOGY CO., LTD., et al. - Case No. 22-cv-2784

# Schedule A

| \ | Defendant Online Marketplaces | |
|---|---|---|
| No | URL | Name / Seller Alias |
| 1 | everesttech.en.alibaba.com | Dongguan Everest Technology Co., Ltd. |
| 2 | DISMISSED | DISMISSED |
| 3 | DISMISSED | DISMISSED |
| 4 | fengxinsuliao.en.alibaba.com | Jinjiang City Feng Xin Plastic Products Co., Ltd. |
| 5 | DISMISSED | DISMISSED |
| 6 | DISMISSED | DISMISSED |
| 7 | sssuixin.en.alibaba.com | Shishi City Suixin Hardware Firm |
| 8 | beauty511.en.alibaba.com | Suzhou Zhongsheng Dress Compan |
| 9 | DISMISSED | DISMISSED |
| 10 | yiwuallshine.en.alibaba.com | Yiwu All Shine Import & Export Co., Ltd. |
| 11 | yiwuaullan.en.alibaba.com | Yiwu Aullan Import & Export Co., Ltd. |
| 12 | aliexpress.com/store/1100218064 | 2022 toys Store |
| 13 | aliexpress.com/store/1100227623 | Amusement plush toy Store |
| 14 | aliexpress.com/store/511316 | Be Honey Official Store |
| 15 | aliexpress.com/store/5019098 | Brilliant Party Life Store |
| 16 | aliexpress.com/store/912626554 | Childlike toys Store |
| 17 | aliexpress.com/store/4419195 | Children Boutique Store |
| 18 | aliexpress.com/store/1100087022 | Children Playground Toy Store |
| 19 | aliexpress.com/store/4432133 | Chu Tai Arts & Caffts Store |
| 20 | aliexpress.com/store/911837136 | Colorful Mascot Store |
| 21 | aliexpress.com/store/1101372132 | DIY-XMZC Store |
| 22 | aliexpress.com/store/5051360 | Fashsiualy & Store |
| 23 | aliexpress.com/store/1101899015 | Fun pop game Store |
| 24 | aliexpress.com/store/912615100 | Funny Toy Global Store |
| 25 | aliexpress.com/store/912193001 | GENOVO Store 2 Store |
| 26 | aliexpress.com/store/912590111 | Globle Babies Store |
| 27 | aliexpress.com/store/1100151113 | Happy House Party Store |
| 28 | aliexpress.com/store/912657445 | Happy Toy Factory Store |
| 29 | aliexpress.com/store/911882134 | Hi toy store Store |
| 30 | aliexpress.com/store/912178650 | HZS 002 Store |
| 31 | aliexpress.com/store/5234021 | JIBZ Decoration Shop Store |
| 32 | aliexpress.com/store/5795971 | Junglet party Store |
| 33 | aliexpress.com/store/912268729 | Kids hopes Store |

| | | |
|---|---|---|
| 34 | aliexpress.com/store/911719466 | LITCHI backdrop Store |
| 35 | aliexpress.com/store/1100082027 | Lucky Baby Toy Store Store |
| 36 | aliexpress.com/store/1100142280 | Lucky Plush Store |
| 37 | aliexpress.com/store/1100345071 | LZYT-YUN Bag Store |
| 38 | aliexpress.com/store/5083251 | MAJ-Castle Store |
| 39 | aliexpress.com/store/1100215468 | Mu Zi Li Store |
| 40 | aliexpress.com/store/1100090022 | New Gifts Fun Toys Store |
| 41 | aliexpress.com/store/912373049 | pioweiorhiot123 Store |
| 42 | aliexpress.com/store/5493101 | QIANHAODUO Store |
| 43 | aliexpress.com/store/912605156 | Rose HF Store |
| 44 | aliexpress.com/store/1100129244 | Shop1100129244 Store |
| 45 | aliexpress.com/store/1803396 | Shop1803396 Store |
| 46 | aliexpress.com/store/2850021 | Shop2850021 Store |
| 47 | aliexpress.com/store/2974021 | Shop2974021 Store |
| 48 | aliexpress.com/store/4503052 | Shop4503052 Store |
| 49 | aliexpress.com/store/5420118 | Shop5420118 Store |
| 50 | aliexpress.com/store/5886464 | Shop5886464 Store |
| 51 | aliexpress.com/store/911120261 | Shop911120261 Store |
| 52 | aliexpress.com/store/912624271 | Shop912624271 Store |
| 53 | aliexpress.com/store/912626746 | Shop912626746 Store |
| 54 | aliexpress.com/store/900239394 | tianchengrou Store |
| 55 | aliexpress.com/store/1100089257 | Toys and Ideas Store |
| 56 | aliexpress.com/store/911794944 | Vinyl Print Store |
| 57 | aliexpress.com/store/912267375 | Wangjunhao Store |
| 58 | aliexpress.com/store/911117298 | Winsom Store |
| 59 | aliexpress.com/store/911785651 | Xuanxuan's Store |
| 60 | aliexpress.com/store/4690043 | Y D Store |
| 61 | aliexpress.com/store/911764298 | Z H toy Store |
| 62 | aliexpress.com/store/910352439 | ZHAN BAO ER Store |
| 63 | amazon.com/sp?seller=A297HJS3BLAD09 | A song US |
| 64 | amazon.com/sp?seller=A1TYE5U3P4TLZS | A1TYE5U3P4TLZS |
| 65 | amazon.com/sp?seller=A26KYRHZULEBH7 | A26KYRHZULEBH7 |
| 66 | amazon.com/sp?seller=A2HKRSUTHLI01K | A2HKRSUTHLI01K |
| 67 | amazon.com/sp?seller=A2NMV478SMX9I7 | A2NMV478SMX9I7 |
| 68 | amazon.com/sp?seller=A2XY5MX3853EUC | A2XY5MX3853EUC |
| 69 | amazon.com/sp?seller=A3IXR49KZ0L6P6 | A3IXR49KZ0L6P6 |
| 70 | amazon.com/sp?seller=A3TU3LWBJGMWM4 | A3TU3LWBJGMWM4 |
| 71 | amazon.com/sp?seller=AVLQ8Q5GKX0G4 | baihuifufuzhuangyouxiangongsi |
| 72 | amazon.com/sp?seller=A25T59UL4ZQOLR | BBoS-KAWS |
| 73 | amazon.com/sp?seller=A2C4QV51KCW7IU | Be finer |

| | | |
|---|---|---|
| 74 | amazon.com/sp?seller=A2WJZ9VPSZD12O | ClarenceWillis |
| 75 | amazon.com/sp?seller=A8NJ9XAOONOKI | Dao-DXing |
| 76 | amazon.com/sp?seller=ALQ6I8ZLOP4ET | dayuanjiemi |
| 77 | amazon.com/sp?seller=A20XSFGSMGZOJI | duxueqiang1 |
| 78 | amazon.com/sp?seller=AX3UB5RHAVQD1 | Enslet |
| 79 | amazon.com/sp?seller=A1UGVU5QK70WZR | EXSHOPPING |
| 80 | amazon.com/sp?seller=A1VEZUGF79LYSE | fjhiaws |
| 81 | amazon.com/sp?seller=A30YLZCLOS38TR | FYJGHUG |
| 82 | amazon.com/sp?seller=A38MHNQ0QMWM31 | Happy.Y |
| 83 | DISMISSED | DISMISSED |
| 84 | amazon.com/sp?seller=A2T369E8LS5JKL | HE FEI MU CUAN SHANG MAO YOU XIAN GONG SI |
| 85 | amazon.com/sp?seller=A38T1HAZNAV6MU | HeFeiShaoSuoDianZiShangWuYo |
| 86 | amazon.com/sp?seller=A1FWAJTQ8VZ8VX | helinzhuanmaindian |
| 87 | amazon.com/sp?seller=A2RFQVZ67UMVU | Helsan |
| 88 | amazon.com/sp?seller=A2C64ME2Q4P72D | hnxxsyyxgs |
| 89 | amazon.com/sp?seller=A2ZBIFWQY7J4ZZ | House Of Retail |
| 90 | amazon.com/sp?seller=A1MMVHK73KK1AW | HUAILESHUIMENG |
| 91 | amazon.com/sp?seller=A33X3TKAILKLQ | Iruka |
| 92 | amazon.com/sp?seller=A11XB5ZKCSN8NA | JIALU |
| 93 | amazon.com/sp?seller=A2304HVH89QUR7 | Jieyun Department Store |
| 94 | amazon.com/sp?seller=A2GX7C3NNFI29Q | joshparty us |
| 95 | amazon.com/sp?seller=A2PF1OBK48V8R7 | Joshuagleman |
| 96 | amazon.com/sp?seller=AW0VNPCQLLXDX | kajiangdianzi |
| 97 | amazon.com/sp?seller=A211PNJI6RS7KH | kaochungou3454 |
| 98 | DISMISSED | DISMISSED |
| 99 | amazon.com/sp?seller=A2IIWB4T3WSCBO | LcxZumfoo US |
| 100 | amazon.com/sp?seller=A3R4VTLW4Z34W1 | lishaoweii |
| 101 | amazon.com/sp?seller=A2DUAKH8DUN3MD | liushaohuii |
| 102 | amazon.com/sp?seller=A1MT1R95CG71LE | luojunfan641 |
| 103 | amazon.com/sp?seller=A5A9ZIB7YAX3Y | Party-Coco |
| 104 | amazon.com/sp?seller=ATR6VGXZVHN19 | PatriciaLyons |
| 105 | amazon.com/sp?seller=A3O7A6OA3HPFZS | Pengbokuajing |
| 106 | amazon.com/sp?seller=A2IEZQKIQUU97R | pigpig go |
| 107 | amazon.com/sp?seller=AL1R3GNCX3GP0 | Pitch Trader |
| 108 | amazon.com/sp?seller=AI1OK858R42NW | Salwar store |
| 109 | amazon.com/sp?seller=A2EF1SCORY2R0X | sccdllhsmyxgs |

| | | |
|---|---|---|
| 110 | amazon.com/sp?seller=A3UOXKRHXGZE8Q | shenzhenshilonggangqupinhuxinjiehongwujindian |
| 111 | amazon.com/sp?seller=A32AK4NG2H85OE | SHUIBOKEJI |
| 112 | amazon.com/sp?seller=A2XUO05FHT9A1X | SILIANG |
| 113 | amazon.com/sp?seller=A1BC2G4TYHRUOO | Star Tong |
| 114 | amazon.com/sp?seller=A2U6AWWK774GMW | Sunnyun |
| 115 | amazon.com/sp?seller=A10T7Y4IPXNF0Z | tenglan US |
| 116 | DISMISSED | DISMISSED |
| 117 | amazon.com/sp?seller=A2XTW4WQWG5P5P | UNENOW |
| 118 | amazon.com/sp?seller=AA2GY9EZ6FHGF | vf54redgg63gg |
| 119 | amazon.com/sp?seller=A2B5XXWW99LHVY | weiqianqiandebeimeidianpu |
| 120 | amazon.com/sp?seller=A3NXV4YTMMCFA0 | wepingjiangbaihuodian |
| 121 | amazon.com/sp?seller=A27KKRGHEPBRXP | wujiaxin435643 |
| 122 | amazon.com/sp?seller=A2G9DYHHE7Z5LZ | Xiaomin US Store |
| 123 | amazon.com/sp?seller=A3NPUR6GU8MJ77 | XU8888 |
| 124 | amazon.com/sp?seller=AFAAVYIK4I0CT | YiChengXianWenWenWangLuoXiaoShouYouXianGongSi |
| 125 | DISMISSED | DISMISSED |
| 126 | amazon.com/sp?seller=A3PB7708PMS89B | YJ-Tech |
| 127 | amazon.com/sp?seller=A1MDK81DF87WL4 | yong ding qu yue lun xu bai huo dian |
| 128 | amazon.com/sp?seller=A3F9JD4VP53XDB | YUEFENG STORE |
| 129 | amazon.com/sp?seller=A2B60CX7HSSIBS | Yunying Shop |
| 130 | amazon.com/sp?seller=A4JB0U97NF6AB | zhangxidong |
| 131 | amazon.com/sp?seller=ALIR6IZI4W8C3 | zhangxin668 |
| 132 | amazon.com/sp?seller=AAO5JA4Z0TZ6D | zhanyun liang1 |
| 133 | amazon.com/sp?seller=A2NI21AK2GWOR2 | zhazhamak |
| 134 | amazon.com/sp?seller=AC1VNZS1BTFXI | zhuozhou01 |
| 135 | amazon.com/sp?seller=ALQDZ6A85RE79 | ZWF-WWW |
| 136 | ebay.com/usr/nicemil | nicemil |
| 137 | walmart.com/seller/101044622 | Agotrademall |
| 138 | walmart.com/seller/101132408 | JIU-YI |
| 139 | walmart.com/seller/101113470 | LANMOK |
| 140 | walmart.com/seller/101131871 | qishuashua |
| 141 | walmart.com/seller/101130708 | Shenzhen shi wei ling ke ji you xian gong si |
| 142 | walmart.com/seller/101111551 | Shenzhen Yelang E-Commerce Co., Ltd. |
| 143 | walmart.com/seller/101130172 | Shenzhenshihuilixingdianzishangwuyouxiangongsi |
| 144 | EXCEPTED | EXCEPTED |
| 145 | EXCEPTED | EXCEPTED |

| | | |
|---|---|---|
| 146 | wish.com/merchant/6017bc43e49c14da7298898b | baiyuxi1493 |
| 147 | wish.com/merchant/5e87f27ceb5454fe95c04271 | George Wagner |
| 148 | wish.com/merchant/5fb749e4d59d5b3c227ef8a8 | kmsathtim |
| 149 | wish.com/merchant/5fe6cbc3a48b42ba9b621743 | licuicui5203 |
| 150 | wish.com/merchant/5ffe749738433f3addb19ef6 | linan14736928 |
| 151 | wish.com/merchant/5e8730ea1f848a5d7b8a7540 | Lucille Ritter |
| 152 | wish.com/merchant/61333a43dee77f208aa7557f | qiulin2959 |
| 153 | wish.com/merchant/5a2635340ec30f1c932aea19 | Siyujia |
| 154 | wish.com/merchant/5e89579fa7d64950c0dc056c | Willie Williams |
| 155 | wish.com/merchant/60a09d4a49ed2e47e50a0018 | yaojiaxiang24930 |
| 156 | wish.com/merchant/5ffbb8f4233e6f0eb01d3fd3 | zhangbaishuai5018 |
| 157 | wish.com/merchant/60a4b1210a4e9d00451220ad | zhangliangwei00906 |
| 158 | wish.com/merchant/609e349c49ed2e7d9509f74e | zhudebao7681 |