# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BBC STUDIOS DISTRIBUTION LTD, <br><br> Plaintiff, <br><br> v. <br><br> DONGGUAN EVEREST TECHNOLOGY CO., LTD., et al., <br><br> Defendants. | Case No. 22-cv-02784 <br><br> **Judge Sara L. Ellis** <br><br> **Magistrate Judge Maria Valdez** |

## PLAINTIFF'S MOTION FOR ENTRY OF A
## CONSENT JUDGMENT AS TO CERTAIN DEFENDANTS

Plaintiff BBC Studios Distribution Ltd ("Plaintiff") filed a Complaint against defendants Squarebey and Thriving Trade ("Defendants") on May 26, 2022. Plaintiff and Defendants have resolved all claims arising from the allegations in the Complaint, and have agreed to entry of the proposed Consent Judgment. As such, Plaintiff moves this Honorable Court for the entry of a Consent Judgment. A copy of the proposed Consent Judgment has been submitted to Proposed_Order_Ellis@ilnd.uscourts.gov.

Dated this 29th day of August 2022.   Respectfully submitted,

                                                                /s/ Marcella D. Slay
                                                                Amy C. Ziegler
                                                                Justin R. Gaudio
                                                                Marcella D. Slay
                                                                Greer, Burns & Crain, Ltd.
                                                                300 South Wacker Drive, Suite 2500
                                                                Chicago, Illinois 60606
                                                                312.360.0080
                                                                312.360.9315 (facsimile)
                                                                aziegler@gbc.law
                                                                jgaudio@gbc.law
                                                                mslay@gbc.law

                                              *Counsel for Plaintiff BBC Studios Distribution Ltd*